```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :    21 CR 93(VM)
          -against-                :    ORDER
                                   :
ANGEL VILLAFANE,                   :
                                   :
               Defendant.          :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

    The Court previously scheduled the arraignment for the above defendant to coincide with conference on alleged violations of supervised release. (See 16-CR-272, Dkt. No. 599.) The Court will now reschedule this conference for Friday, March 5, 2021 at 2:00 p.m.

    All parties to this action have informed the Court of their consent to an exclusion of time from the Speedy Trial Act until March 5, 2021.

    It is hereby ordered that time until March 5, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:    New York, New York
           17 February 2021

                                            _____
                                              Victor Marrero
                                                 U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2021