

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2021
```

June 2, 2021

**By ECF and Email**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Angel Villafane*, 16 CR 272 / 21 CR 93 (VM)

Dear Judge Marrero,

    On behalf of the parties, the Government writes to request respectfully a further thirty-day adjournment of the conference currently scheduled in the above-captioned cases for Friday, June 4, 2021 to a date and time that is convenient for the Court during the week of Tuesday, July 6, 2021 or thereafter. The parties remain in active dialogue concerning these proceedings and continue to exchange and review discovery, which includes a substantial set of video recordings from numerous surveillance cameras, and believe that the additional time will facilitate our ongoing discussion of whether a disposition of the pending specifications and the pending indictment is possible prior to a hearing and a trial. With the consent of the defendant, the Government also respectfully requests that the Court exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) from June 4, 2021 through the date of any granted adjournment on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in having the further opportunity to review meaningfully with counsel the discovery in this case and in light of that discovery consider the possibility of a global disposition.

                      Respectfully submitted,

                      AUDREY STRAUSS
                      United States Attorney

             By: *Thomas John Wright*
                      Thomas John Wright
                      Assistant United States Attorney
                      (212) 637-2295

Enclosure

cc: Erin Weinrauch (Superviso...
    Urshala Herald (United Sta...
    Louis Fasulo (Counsel to D...

```
The request is granted. The status conference
scheduled for 6/4/21 is hereby adjourned until 7/9/21
at 2:30 p.m. Upon motion of the Government and
consent of defense counsel, time is excluded under
the Speedy Trial Act until 7/9/21.
```

**SO ORDERED.**

6/3/2021

DATE



VICTOR MARRERO, U.S.D.J.