

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2021

July 7, 2021

**By ECF and Email**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Angel Villafane*, 16 CR 272 / 21 CR 93 (VM)

Dear Judge Marrero,

    On behalf of the parties and in light of the defendant's request earlier today for an adjournment of the conference currently scheduled in the above-captioned cases on Friday, July 9, 2021 for approximately 45 days, to which the Government does not object, the Government now writes with the consent of the defendant to request respectfully that the Court exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) from July 9, 2021 through the date of any granted adjournment on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in having this additional opportunity to review discovery and consider the possibility of a global disposition.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By: *Thomas John Wright*
    Thomas John Wright
    Assistant United States Attorney
    (212) 637-2295

cc: Erin Weinrauch (Supervisory United States Probation Officer) (by email)
    Urshala Herald (United States Probation Officer) (by email)
    Louis Fasulo (Counsel to Defendant Angel Villafane) (by ECF and email)

---

This request and the requests at 16 CR 272 Dkt. No. 607 / 21 CR 93 Dkt. No. 14 are granted. The conference currently scheduled for 7/9/21 is hereby adjourned until 8/27/21 at 9:00 a.m. Upon consent of the parties, time is excluded under the Speedy Trial Act until 8/27/21.

**SO ORDERED.**

7/8/2021
DATE

*Victor Marrero, U.S.D.J.*