```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :    16 CR 272
                                  :    21 CR 093
     -against-                    :    ORDER
                                  :
ANGEL VILLFANE,                   :
                                  :
              Defendant.          :
---------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

The status conference currently scheduled for August 27, 2021 is hereby rescheduled for Friday September 24, 2021 at 1:30 p.m.

It is hereby ordered that time until September 24, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         26 August 2021

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2021