**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2022
```

UNITED STATES OF AMERICA,

       -against-

ANGEL VILLAFANE,

       Defendant.

**16 CR 272 (VM)**
**21 CR 93 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, U.S.D.J.:**

    Counsel for the Government, with the consent of counsel for Defendant, requests that the status conference currently scheduled for February 25, 2022, be adjourned for thirty days. (Dkt. No. 24.) The conference shall be adjourned to April 1, 2022, at 12:00 p.m.

    The parties consent to exclusion of time under the Speedy Trial Act until the next adjournment. It is hereby ordered that time until April 1, 2022, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated: February 22, 2022
      New York, New York

                                              _____
                                              Victor Marrero
                                                U.S.D.J.