**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2022
```

UNITED STATES OF AMERICA,

       -against-

ANGEL VILLAFANE,

       Defendant.

**16 CR 272 (VM)**
**21 CR 93 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    In light of the ongoing public health emergency, the status conference on Friday, April 1, 2022, at 12:00 p.m., will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated: March 30, 2022
      New York, New York

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.