USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

    - against -

ANGEL VILLAFANE,

      Defendant.

21 Cr. 93 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On January 17, 2025, Defendant Angel Villafane submitted a pro se letter requesting replacement of his CJA appointed counsel. (See Dkt. No. 256). The Court will hold a hearing on February 28, 2025, at 3:00 PM to determine if new counsel is warranted.

**SO ORDERED.**

Dated: 21 January 2025
    New York, New York

              _____
                Victor Marrero
                 U.S.D.J.