**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/28/2025__

UNITED STATES OF AMERICA,

- against -

ANGEL VILLAFANE,

                    Defendant.

**21 Crim. 93 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

The hearing scheduled for February 28, 2025, at 3:00 PM regarding Defendant Villafane's request for substitution of CJA Counsel (<u>See</u> Dkt. No. 256) is hereby adjourned *sine dine*.

**SO ORDERED.**

Dated:    28 February 2025
          New York, New York

_____
         Victor Marrero
           U.S.D.J.