

THE BAYONNE FIRM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/11/2026__

June 11, 2026

**Request GRANTED.**
The Court hereby schedules the
sentencing on September 4, 2026, at 12
PM.

**SO ORDERED.**

__6/11/2026__
DATE                          VICTOR MARRERO, U.S.D.J.

*Via ECF*
Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:      *United States v. Johnnie Capeles*, 21 Cr. 93 (VM)

Dear Judge Marrero,

      I represent Mr. Johnnie Capeles in the above-referenced matter. I respectfully write to request a brief adjournment of Mr. Capeles's sentencing, which is presently scheduled for June 16, 2026.[1] Undersigned counsel is currently engaged in trial in Bronx County Supreme Court, *People v. Issac Gotay*, Indictment No. 75611-24. That trial is ongoing and is expected to continue through at least the second week of July 2026. As a result, counsel will be unavailable to proceed with sentencing on June 16, 2026.

      Mr. Capeles remains detained at MDC Brooklyn, and therefore we respectfully seek only a short adjournment. We request that the Court reschedule sentencing for July 2, 2026, July 8, 2026, July 9, 2026, July 14, 2026, July 16, 2026, July 29, 2026, or any date thereafter that is convenient for the Court.

      Thank you for the Court's consideration.

Respectfully submitted,

*Gilbert S. Bayonne*

Gilbert S. Bayonne, Esq

cc:      All Counsel of Record (via ECF)

---

[1] The ECF notification reflects that the June 16, 2026 sentencing date is a "control date."

1850 Amsterdam Ave           Tel: (929) 333-6497           Email: gbayonne@thebayonnefirm.com
New York, New York 10031      Fax: (929) 259-6458