USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

ANGEL VILLAFANE, et al.,

Defendants.

**21 CR 93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On August 21, 2026, the Court granted the request of attorney Louis Fasulo ("Fasulo"), who represents Defendant Angel Villafane ("Defendant"), to allow counsel Anthony Ricco to stand in for him at the criminal conference scheduled for that same day. (See Dkt. No. 722.) During that conference, Defendant indicated that he was not made aware of the request for stand-in counsel. The Court orders attorney Fasulo to file a letter with the Court within one (1) week from the date of this order explaining why Defendant was not made aware of the request for stand-in counsel.

**SO ORDERED.**

Dated: 21 August 2026
New York, New York

Victor Marrero
U.S.D.J.